UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 03-80483-CIV-COOKE/WHITE

FRANK RAFAEL ENRIQUEZ,

    *Plaintiff*,

v.

KATHLEEN KEARNEY, *et al.*,

    *Defendants*.

_____/

## ORDER ADOPTING JUDGE WHITE'S REPORT AND RECOMMENDATION

This matter is before me on Judge White's Report and Recommendation [D.E. 224] and Plaintiff Frank Enriquez's Objection to Report [D.E. 225]. I have conducted a *de novo* review of the record, which included Plaintiff's civil rights Complaint, including several supplements and amendments thereto, Defendants' Motion for Summary Judgment, Judge White's Report, and Plaintiff's Objection to Report. I agree with Judge White's Report and Recommendations.

Accordingly, I hereby **ORDER AND ADJUDGE** that United States Magistrate Judge Patrick A. White's Report and Recommendation [D.E. 224] is **AFFIRMED AND ADOPTED** as follows:

    1.    Defendants' Motion for Summary Judgment [D.E. 217] is **GRANTED**.

    2.    The clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 26th day of February 2010.

MARCIA G. COOKE
United States District Judge

cc:
The Honorable Patrick A. White
All counsel of record

Frank Rafael Enriquez, *pro se* Plaintiff
990088
Florida Civil Commitment Center
13619 Southeast Highway 70
Arcadia, FL 34266